01-15-00922-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/28/2015 4:05:58 PM
CHRISTOPHER A. PRINE
Clerk

October 16, 2015

KEVIN HOWARD
ATTORNEY OF RECORD
4525 N. BRAESWOOD BLVD., SUITE 203
HOUSTON, TX 77096

Defendant's Name: BRANDON LEE SHELTON

Cause No: 1426446

Court: 185TH

Please note the following appeal updates on the above mentioned cause·

**Notice of Appeal Filed Date:** 10/06/2015
**Sentence Imposed Date:** 09/10/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** KEVIN HOWARD

Sincerely,

/S/ N Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    CARRIE LOGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

NO. 1426446

| THE STATE OF TEXAS | )( | IN THE DISTRICT COURT |
| VS. | )( | 185TH JUDICIAL DISTRICT |
| BRANDON LEE SHELTON | )( | HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes BRANDON LEE SHELTON, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the First or Fourteenth Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against him in the above-entitled and numbered cause on September 10, 2015.

In accordance with the Texas Rules of Appellate Procedure, Rule 25.2 and 26.2, BRANDON LEE SHELTON, Defendant specifically appeals the trial court's judgment and sentence of 14 years TDC after a guilty plea. All of such appealable matters being raised in Defendant's written Motion to Suppress Evidence which was heard and ruled upon on December 17, 2014.

Respectfully submitted,

KEVIN HOWARD
SBN 10074800
4525 N. BRAESWOOD BLVD.
SUITE 203

HOUSTON, TEXAS 77096
Phone: (713) 294-8099
Fax: (713) 660-7005
E-mail: kvho@earthlink.net
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

On this the ~~22nd~~ 6th day of ~~July, 2014~~ October, 2015, pursuant to Texas Rules of Appellate Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each entity, Court, attorney of record and/or party(ies) to this cause by hand delivery, facsimile transmission, or mailing or depositing same in a post office or official depository under the care and custody of the United States Postal Service, in a properly addressed wrapper, postage prepaid, by certified mail and return receipt requested.

KEVIN HOWARD
ATTORNEY FOR DEFENDANT

 

Cause No. **1426445**

| THE STATE OF TEXAS | IN THE **185** DISTRICT COURT |
|---|---|
| v. | COUNTY CRIMINAL COURT AT LAW NO. _____ |
| Brandon Lee Shelton, Defendant | HARRIS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case.

- ☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☑ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____  
Judge

_____  
Date Signed  
12-17-14

FILED  
Chris Daniel  
District Clerk  
DEC 17 2014  
Time: _____  
By _____  
Harris County, Texas  
Deputy

DEC 17 2018

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure  I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX R. APP P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____  
Defendant

_____  
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: **10074800**

Mailing Address _____

Telephone number **713 - 294 - 8099**

Fax number (if any). _____

\* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only  (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal " TEXAS RULES OF APPELLATE PROCEDURE 25 2(a)(2)

**CLERK**                                        9/1/2011

# APPEAL CARD

Due: 11-9-15

Court **185**

Cause No. **1426446** 1st

## The State of Texas

Vs

BRANDON LEE SHELTON

9-10-15

**Date Notice Of Appeal:** 10-6-15

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** SUSAN BROWN
**Court Reporter** Carrie Logan
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** KEVIN HOWARD

**Attorney on Appeal** KEVIN HOWARD

Appointed_____ Hired ✓

**Offense** MAN/DEL CS PG 11 4-400 GRAMS

**Jury Trial:** Yes_____ No ✓

**Punishment Assessed** 14 YEARS TDC

**Companion Cases (If Known)**_____

**Amount of Appeal Bond** N/A

**Appellant Confined:** Yes ✓ No_____

**Date Submitted To Appeal Section** 10-12-15

**Deputy Clerk** CPERKINS

996

Notice of Appeal Card Rev 9 84